# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING



**FILED**

10:16 am, 7/18/22

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| DANIEL REISDORFER and SUSAN REISDORFER, <br><br> Plaintiffs, <br><br> vs. <br><br> C.R. ENGLAND, INC., a Utah Corporation, <br><br> Defendant. | Case No.  21-CV-11-R |

## JUDGMENT IN A CIVIL ACTION

This action came before the Court for a trial by jury before the Honorable Kelly H. Rankin. The issues have been tried and the jury has rendered its verdict. The Jury of Eight found in favor of Defendant, C.R. England.

THEREFORE, Judgment is entered in favor of the Defendant, and against the Plaintiffs, Daniel Reisdorfer and Susan Reisdorfer.

Dated this 18th day of July, 2022.

*Clerk of Court or Deputy Clerk*

_____